A. V. POTTER and JOSEPHINE S. POTTER, His Wife, v. SOFIA E. FINDLEY, as Administratrix of the Estate of Clara Elizabeth Craig, deceased.

2 So. (2nd) 381
Division A
Opinion Filed May 20, 1941

*J. O. Phillips,* for Appellants;

*A. N. Spence,* for Appellee.

PER CURIAM.—The record and briefs in this case have been examined and we find the decree of the chancellor without error and the same is affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, J. J., concur.